# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ROBEL ROMERO-GONZALEZ, § <br> Petitioner, § <br> § <br> v. § <br> § <br> § <br> § <br> UNITED STATES OF AMERICA, § <br> Respondent. § | Civil Action No. 1:17-cv-092 <br> (Criminal No. 1:16-cr-702-1) |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 20) in the above-referenced civil action. No objections were filed by Petitioner. After a *de novo* review of the record, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that "United States' Response to Motion for Relief under 28 U.S.C. § 2255 and Motion for Summary Judgment" (Docket No. 14) is hereby **GRANTED**. Therefore, Petitioner's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) is hereby **DISMISSED** with prejudice and the Court declines to issue a Certificate of Appealability.

The Clerk of the Court is hereby **ORDERED** to close the case.

Signed on this 25th day of September, 2018.

Rolando Olvera
United States District Judge